Kurt Rowland
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Attorneys for Defendant
JACOBO RAMIREZ-ARAISA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-06-2074-LRS |
| vs. | ) ORDER GRANTING MOTION TO DISMISS |
| JACOBO RAMIREZ-ARAISA, | ) |
| Defendant. | ) |

   Before the Court is the Defendant's Motion to Dismiss (Ct. Rec. 22). As set forth in his motion, Defendant's 2005 deportation proceedings did not comport with due process. Given this flaw and the government's non-opposition to the motion, the present indictment must be dismissed.

   Based upon the foregoing, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Ct. Rec. 22) is **GRANTED**. The indictment in this case is dismissed with prejudice.

   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Marshals Office.

**DATED** this 20th day of July, 2006.

                              s/Lonny R. Suko
                              _____
                              LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER

1